OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------X
Sean Wheeler, individually and on behalf of all other similarly situated,

        Plaintiff,

-against-

Rothman Evans, P.C.,

        Defendant.
---------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Index No. 5:18-CV-0585-BKS-ATB
IAS Part
Hon. Frederick J. Scullin, Jr.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the respective parties to the above-captioned matter that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action herein, **the above-entitled action be and the same is hereby discontinued**, with prejudice and without costs to any party as against another. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:   Syracuse, New York
        December 31, 2018

_____
PILLINGER MILLER TARALLO, LLP
Attorneys for Defendant
Rothman Evans, P.C.
126 N. Salina St., Ste. 215
Syracuse, NY 13202
(315) 471-6166
PMT File No. U-D-PL-HIIG-00102.1/JDS

_____
BARSHAY SANDERS, PLLC
Attorney for Plaintiff
Sean Wheeler, individually and on behalf of all other similarly situated
100 Garden City Plaza, Suite 500
Garden City, NY 11530
(516) 203-7600
File No: 115433

**IT IS SO ORDERED.**
**February 19, 2019**

_____
Frederick J. Scullin, Jr.
Senior United States District Judge